**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-7182**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

MIGUEL BRACAMONTES, a/k/a Miguel Rayo Bracamontes, a/k/a
Miguel Bracamontes-Rayo, a/k/a Reinaldo Palomares,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (7:10-cr-00030-F-1; 7:13-cv-00204-F)

---

Submitted:  December 20, 2016      Decided:  January 5, 2017

---

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Miguel Bracamontes, Appellant Pro Se. Jennifer P. May-Parker,
Brian Scott Meyers, Assistant United States Attorneys, Timothy
Severo, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY,
Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Bracamontes seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Bracamontes has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED